# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BRANKO STOJIC,<br><br>        Plaintiff,<br><br>vs.<br><br>A. AGUILLARD, et al.,<br><br>        Defendants. | Case No. 2:13-cv-00521-GMN-CWH<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Screen Complaint (#9), filed July 2, 2013. The complaint will be screened in the order in which it was received. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Screen (#9) is **denied**.

DATED: July 9, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**